This is to advise that on August 19, 2010

Judge Judith M. Barzilay

Issued CONFIDENTIAL Slip Opinion 10-95

In action

Court. No. 09-00197

Essar Steel Limited,
(Plaintiff,)

v.

United States,
(Defendant,)

and

Union States Steel Corporation,
(Defendant-Intervenor.)